**WO**

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,  )  <br>              Plaintiff,  )  <br>     v.  )  <br> Yolanda Sosa,  )  <br>              Defendant.  ) | **06-00137M-001** <br><br> **ORDER** |

This Court has received and considered Defendant's Motion to Set Bag and Baggage Hearing and Transport Defendant to Hearing (Dkt. #10).

**IT IS ORDERED denying** Defendant's Motion (Dkt. #10) without prejudice.

DATED this 4th day of April, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge